UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA											PLAINTIFF

v.												CRIMINAL ACTION NO. 3:15-CR-00143-CRS

EARL CLAYTON III												DEFENDANT

Order

For the reasons set forth in the memorandum opinion and the Court being otherwise sufficiently advised, the objections of Defendant Earl Clayton III to the magistrate judge's Report and Recommendation are **OVERRULED**. The magistrate judge's report and recommendation is **ADOPTED IN ITS ENTIRETY**.

Clayton III's motion to suppress all statements he made and evidence obtained as a result of custodial interrogations that occurred on November 24, 2015 is **DENIED**. Clayton III's motion to suppress all evidence seized as a result of a search and seizure of his vehicle and person that is occurred on November 24, 2015 is **DENIED**.

August 8, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**