IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **United States of America,** | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) No. 3:15-cr-00143-CRS-1 |
| | ) **Judge Charles R. Simpson, III** |
| **Earl Clayton, III,** | ) ) ) |
| *Defendant.* | ) ) |

**MOTION FOR *PRO HAC VICE* ADMISSION**

Comes now Attorney John Tennyson and moves this Court for admission *pro hac vice* under LCrR 57.2 for permission to appear on behalf of Earl Clayton, III.

In support thereof, Mr. Tennyson submits:

1. That he is a member in good-standing before the following Courts:

    a. Tennessee Supreme Court – BPR # 32777

    b. Fifth Circuit Court of Appeals

    c. Sixth Circuit Court of Appeals

    d. Seventh Circuit Court of Appeals

    e. United States District Court for the Middle District of Tennessee;

    f. United States District Court for the Southern District of Indiana; and

    g. United States District Court for the Western District of Tennessee.

2. Mr. Tennyson has previously appeared *pro hac vice* in the Eastern District of Kentucky, Southern District of Texas, and before this Court.

3. Mr. Tennyson has no disciplinary history or been subject to any disciplinary action by any court, state, territory, or the District of Columbia.

4. Mr. Tennyson consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court.

5. Mr. Tennyson completed ECF Training with the Middle District of Tennessee, Nashville Division.

6. The required fee has been paid via the ECF system on this day.

7. A Certificate of Good Standing from the Tennessee Supreme Court, issued less than 90-days previously, is attached to this Motion.

8. For the convenience of the Court, a proposed Order is attached to this Motion.

**WHEREFORE**, Mr. Tennyson prays this Court will enter an Order granting him permission to appear *pro hac vice* on behalf of Dexter Cooper.

Dated: May 1, 2018

Respectfully submitted,

  /s/ John Tennyson
John Tennyson (BPR#: 32777)
*Attorney at Law*
TENNYSON & WIGGINGTON PLLC
611 Commerce Street, Suite 2609
Nashville, Tennessee 37203
(615) 506-3108
jtennyson@nashville-law.com